UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                       :
ALEXANDER MUÑOZ,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :            22-CV-10209 (JMF)
              -v-                                                       :
                                                                       :                ORDER
II IN LOT PARKING CORP., JOHANA ESPINAL, and                          :
CHRISTIAN ESPINAL,                                                    :
                                                                       :
                              Defendants.                              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 3, 2023, the Court issued an Order noting that Defendants appeared to be in default and requiring Plaintiff to file a motion for default judgment within two weeks.  ECF No. 13.  On January 14, 2023, however, Plaintiff filed two executed summonses, showing that the individual Defendants, Johana Espinal and Christian Espinal, were not served until January 10, 2023, meaning that their Answers are not due until January 31, 2023.  ECF Nos. 15, 17.  In light of the foregoing, the Court's January 3rd Order setting the deadline for a motion for default judgment is VACATED (although the Clerk of Court can leave it on the docket).  If the individual Defendants fail to respond to the Complaint by January 31, 2023, the Court will issue a new Order scheduling default judgment motion practice as necessary.

        SO ORDERED.

Dated: January 19, 2023
       New York, New York                    _____
                                                        JESSE M. FURMAN
                                                    United States District Judge