**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X

ALEXANDER MUÑOZ,

Civil Action No. 1:22-cv-10209-OTW

*Plaintiff,*

**JUDGMENT**

-against-

II IN LOT PARKING CORP., JOHANA
ESPINAL AND CHRISTIAN ESPINAL,

*Defendants.*
                                                        X
-----------------------------------------

## JUDGMENT

On December 2, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, ALEXANDER MUÑOZ, has a judgment against II IN LOT PARKING

CORP., JOHANA ESPINAL AND CHRISTIAN ESPINAL, jointly and severally, in the amount

of Twenty-five Thousand Dollars and No Cents ($25,000.00), which is inclusive of attorneys'

fees and costs.


Dated:  June 26,  2023

_____

Ona T. Wang
U.S.M.J.